UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WASIM AZIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV1592 AGF |
| | ) | |
| GEORGE LOMBARDI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF PARTIAL DISMISSAL

**IT IS HEREBY ORDERED** that, as to defendants Lombardi, Crawford, Jean Johnson, Jackson, Hamlin, Mason, Skaggs, Grubbs, Larkins, Rotters, Luebbers, Since, David Johnson and Steagall, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g).

**IT IS HEREBY CERTIFIED** that an appeal from this partial dismissal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 22nd day of January, 2010.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE